**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000764
23-SEP-2020
08:55 AM**

NO. CAAP-18-0000764


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FOODLAND SUPER MARKET, LTD, Plaintiff-Appellee, v.
GLORIA K. WONG, as Trustee of the Wong 2006 Trust,
Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 16-1-051K)


ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By:  Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (**Stipulation**), filed July 21, 2020, by Plaintiff-Appellee Foodland Super Market, Ltd., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by all parties appearing in the

appeal, or their counsel; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, September 23, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge